IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Donna L. Streiff, | ) | Case No. 22-22034 GLT |
|     Debtor(s) | ) | Chapter 13 |
| | ) | Docket No. |
| | ) | |
| | ) | |
| | ) | |
| Donna L. Streiff, | ) | |
|     Movant(s) | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondent(s) | ) | |
| | ) | |

**AMENDMENT COVER SHEET**

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are transmitted herewith:

\_\_\_\_\_    Voluntary Petition - *Specify reason for amendment*:

Official Form 6 Schedules (Itemization of Changes Must Be Specified)
\_\_\_\_\_    Summary of Schedules
\_\_\_\_\_    Schedule A - Real Property
\_\_\_\_\_    Schedule B - Personal Property
 X     Schedule C - Property Claimed as Exempt
\_\_\_\_\_    Schedule D - Creditors holding Secured Claims
        Check one:
           \_\_\_\_\_ Creditor(s) added
           \_\_\_\_\_ NO creditor(s) added
           \_\_\_\_\_ Creditor(s) deleted
\_\_\_\_\_    Schedule E - Creditors Holding Unsecured Priority Claims
        Check one:
           \_\_\_\_\_ Creditor(s) added
           \_\_\_\_\_ NO creditor(s) added
           \_\_\_\_\_ Creditor(s) deleted
\_\_\_\_\_    Schedule F - Creditors Holding Unsecured Nonpriority Claims
        Check one:
           \_\_\_\_\_ Creditor(s) added
           \_\_\_\_\_ NO creditor(s) added
           \_\_\_\_\_ Creditor(s) deleted
\_\_\_\_\_    Schedule G - Executory Contracts and Unexpired Leases
        Check one:
           \_\_\_\_\_ Creditor(s) added
           \_\_\_\_\_ NO creditor(s) added
           \_\_\_\_\_ Creditor(s) deleted

    \_\_\_\_\_    Schedule H - Codebtors
    \_\_\_\_\_    Schedule I - Current Income of Individual Debtor(s)
    \_\_\_\_\_    Schedule J - Current Expenditures of Individual Debtor(s)
    \_\_\_\_\_    Statement of Financial Affairs
    \_\_\_\_\_    Chapter 7 Individual Debtor's Statement of Intention
    \_\_\_\_\_    Chapter 11 List of Equity Security Holders
    \_\_\_\_\_    Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
    \_\_\_\_\_    Disclosure of Compensation of Attorney for Debtor
    \_\_\_\_\_    Other  _____

Respectfully submitted,

April 29, 2024          /s/ Christopher M. Frye
DATE          Christopher M. Frye, Esquire
        Attorney for the Debtor(s)
        STEIDL & STEINBERG
        Suite 2830 – Gulf Tower
        707 Grant Street
        Pittsburgh, PA  15219
        (412) 391-8000
        chris.frye@steidl-steinberg.com
        PA I.D. No. 208402

Note: An amended matrix of creditors added by the amendment must be submitted on disk with the amendment. Attorneys filing electronically on the Case Management/Electronic Case Filing System may add creditors to the case electronically.

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Donna L. Streiff** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number (if known) | 22-22034 | | |

☐ Check if this is an amended filing

# Official Form 106C
## Schedule C: The Property You Claim as Exempt    4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☒ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **22 Spring Street Pittsburgh, PA 15223  Allegheny County Debtor and spouse acquired the proprty by deed in 2008. Market value dertermined by an appraisal performed with the previous two years.**<br>Line from *Schedule A/B*: **1.1** | $70,000.00 | ☒ $13,950.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(1) |
| **17 Weible Street Pittsburgh, PA 15223  Allegheny County Debtor and spouse acquired the property by deed in 1983. Value determined by comparables. Debtor's daughter resides at the property.**<br>Line from *Schedule A/B*: **1.2** | $57,500.00 | ☒ $14,425.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **2016 Nissan Rogue 85,000 miles Location: 22 Spring Street, Pittsburgh PA 15223 Value determined by NADA listing**<br>Line from *Schedule A/B*: **3.1** | $10,825.00 | ☒ $4,450.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |

Official Form 106C        Schedule C: The Property You Claim as Exempt        page 1 of 2

| Debtor 1 | **Donna L. Streiff** | | Case number (if known) | **22-22034** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Normal household goods and furnishings**  Summary available upon request  Total estimated value $5,000.00  Location: 22 Spring Street, Pittsburgh PA 15223  Line from *Schedule A/B*: **6.1** | $2,500.00 | ■ $2,500.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Electronics**  Total estimated value $2,000.00  Location: 22 Spring Street, Pittsburgh PA 15223  Line from *Schedule A/B*: **7.1** | $1,000.00 | ■ $1,000.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **clothing**  Location: 22 Spring Street, Pittsburgh PA 15223  Line from *Schedule A/B*: **11.1** | $500.00 | ■ $500.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Jewelry**  Location: 22 Spring Street, Pittsburgh PA 15223  Line from *Schedule A/B*: **12.1** | $3,000.00 | ■ $1,875.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4) |
| **Cash**  Line from *Schedule A/B*: **16.1** | $500.00 | ■ $500.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Checking: First Commonwealth Bank**  Line from *Schedule A/B*: **17.1** | $500.00 | ■ $500.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **403(b): UPMC 403(b) plan**  Line from *Schedule A/B*: **21.1** | $30,000.00 | ■ $30,000.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(12) |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes