FILED
5/15/24 4:50 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| Donna L. Streiff, | ) | Case No. 22-22034 GLT |
| *Debtor(s)* | ) | Chapter 13 |
| | ) | Related Docket No 43 |
| | ) | |
| | ) | |
| Donna L. Streiff, | ) | |
| *Movant(s)* | ) | |
| | ) | |
| Vs. | ) | |
| | ) | |
| | ) | |
| | ) | |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) | |
| *Respondent(s)* | ) | |

## ORDER APPROVING RETENTION OF REALTOR/BROKER

**AND NOW** upon consideration of the ***Application to Employ Realtor to Sell Debtor's***

***Real Property***, (the "Application") filed at Doc. 43, it is **ORDERED**, **ADJUDGED** and

**DECREED** as follows:

1. The Application is hereby approved as of the date the Application was filed.

2. Jane Doyle and BHHS The Preferred Realty at 4100 Route 8, Allison Park, PA 15101 is

   hereby appointed as ***Realtor*** for the Debtor(s) in this bankruptcy proceeding pursuant to the

   terms described in the Listing Agreement attached to the Application for the purpose of

   acting as the Debtor(s) agent in connection with the sale of real estate located at 17 Weible

   Street Pittsburgh, PA 15223. A realtor commission in the amount of $395.00 plus 6% on the

   sale price is tentatively approved, subject to final court order.

3. Professional personals or entities performing services in the above case are advised that

   approval of fees for professional services will be based on other factors as well including

   results accomplished, the time and labor reasonably required by the professional to perform

the task(s) involved, the customary fee for similar services, the time limitations imposed by the retention or the circumstances encountered while performing the services, the relationship of the services, if any, to the ultimate bid amount for the subject property, and the extent and nature of awards in similar cases.

4.  Approval of any application for appointment of a professional in which certain fees are requested is not an agreement by the Court to allow such fees in the requested amount. Final compensation, as awarded by the Court after notice and hearing, may be more or less than the requested amount based on application of the above criteria.

5.  *Applicant shall serve the within Order on all interested parties and file a certificate of service.*

DEFAULT ENTRY
Prepared by: Christopher Frye, Esq.

Date: 5/15/24

Gregory  L. Taddonio    hct
United States Bankruptcy Judge

CC:

Debtor

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 22-22034-GLT
Donna L. Streiff                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: May 16, 2024 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Donna L. Streiff, 22 Spring Street, Pittsburgh, PA 15223-1927 |
| r | + | Jane Doyle, BHHS The Preferred Realty, 4100 Route 8, Allison Park, PA 15101-3004 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2024           Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher M. Frye | on behalf of Plaintiff Donna L. Streiff chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Christopher M. Frye | on behalf of Debtor Donna L. Streiff chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Denise Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | |

|  |  |
|---|---|
| | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Lauren Moyer | |
| | on behalf of Creditor Select Portfolio Servicing  Inc. as servicer for U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021-R3, Mortgage-Back bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert Shearer | |
| | on behalf of Defendant U.S. Bank Trust Company  rshearer@raslg.com |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |

TOTAL: 9