IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Donna L. Streiff, | ) | Bankruptcy No. 22-22034 GLT |
| | ) | Chapter 13 |
| Debtor | ) | Docket No. |
| | ) | |
| Donna L. Streiff, | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Ronda J. Winnecour, Chapter 13 Trustee , | ) | |
| | ) | |
| Respondent(s) | | |

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on May 14, 2025, a true and correct copy of the Notice of Hearing with Response date, *with a copy of the MOTION FOR APPROVAL OF ENCUMBRANCE OF REAL PROPERTY* was served by Regular First-Class U.S. Mail, postage prepaid, upon the following persons and parties:

Rocket Mortgage, LLC
635 Woodward Avenue
Detroit MI 48226

Donna L. Streiff
22 Spring Street
Pittsburgh, PA 15223

Nicholas Streiff
22 Spring Street
Pittsburgh, PA 15223

Served by CM/ECF:

Ronda J. Winnecour, Chapter 13 Trustee

Office of the U.S. Trustee

Date of Service: May 14, 2025

/s/Christopher M. Frye
Christopher M. Frye, Esquire
STEIDL & STEINBERG
28th Floor-Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
PA I. D. No.  208402
chris.frye@steidl-steinberg.com