FILED
6/5/25 3:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE ) | |
| ) | |
| Donna L. Streiff, ) | Case No. 22-22034 GLT |
| *Debtor* ) | Chapter 13 |
| ) | Docket No 61 |
| Donna L. Streiff, ) | |
| *Movant* ) | |
| ) | |
| Vs. ) | |
| ) | |
| Ronda J. Winnecour, Chapter 13 Trustee, ) | |
| *Respondent* ) | |

### CONSENT ORDER ALLOWING ENCUMBRANCE OF REAL PROPERTY AND DIRECTING PARTIAL AMOUNT OF LOAN PROCEEDS TO BE PAID TO THE CHAPTER 13 TRUSTEE

**AND NOW,** this ___5th___ day of ___June___, 2025 upon consideration of the ***Debtor's Motion for Approval of Encumbrance of Real Property ("Motion")***, and upon consent of the parties, it is **ORDERED**, **ADJUDGED** and **DECREED** as follows:

1. The Debtor is permitted to co-sign and allow a mortgage loan encumbering her real property located at 22 Spring Street, Etna, PA 15223 ("Real Property") in an amount up to $65,000.00 as described in the Motion.

2. This Order grants the Debtor the ability to sign the mortgage document securing the loan to the Real Property but not to act as a co-borrow on the loan and a co-debtor on the note secured by the mortgage.

3. At closing on loan, funds in the amount of $23,000.00 from the proceeds of the loan shall be made out and directly remitted to "*Ronda J. Winnecour, Ch. 13 Trustee. P. O. Box 84051, Chicago, IL 60689-4002*" and shall identify thereon the Bankruptcy Case No. 22-22034 GLT and the name of the Debtor.

4. The funds to be paid to the Chapter 13 Trustee are expected to be in an amount sufficient to complete the Debtor's confirmed Chapter 13 Plan and pay all general unsecured creditors 100% of their allowed claims, provided, however, case completion is subject to final audit. In the event of a shortfall the Debtor shall pay in an amount sufficient to complete. Any surplus will be refunded.

CONSENTED TO BY:

/s/ Christopher M. Frye
Christopher M. Frye, Esquire
Attorney for the Debtor(s)
STEIDL & STEINBERG
Koppers Building, Suite 322
436 Seventh Avenue
Pittsburgh, PA  15219
(412) 391-8000
chris.frye@steidl-steinberg.com
PA I. D. No.  208402

/s/ Owen W. Katz
Owen W. Katz, Esquire
Attorney for the Chapter 13 Trustee
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
okatz@chapte13trusteewdpa.com
PA I. D. No.  36473

SO ORDERED this 5th day of June 2025:

_____
Gregory J. Taddonio    hct
Chief United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-22034-GLT |
| Donna L. Streiff | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jun 05, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Donna L. Streiff, 22 Spring Street, Pittsburgh, PA 15223-1927 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jun 07, 2025 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher M. Frye | on behalf of Plaintiff Donna L. Streiff chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Christopher M. Frye | on behalf of Debtor Donna L. Streiff chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Denise Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Jun 05, 2025 | Form ID: pdf900 | Total Noticed: 1 |

Lauren Moyer
    on behalf of Creditor Select Portfolio Servicing Inc. as servicer for U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021-R3, Mortgage-Back bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert Shearer
    on behalf of Defendant U.S. Bank Trust Company  rshearer@raslg.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com


TOTAL: 9