**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **DONNA L. STREIFF** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** |
| | (State) |
| Case Number | **22-22034GLT** |

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made

**12/25**

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).

| Part 1: | Mortgage Information |
|---|---|

**Name of claim holder:**  ROCKET MORTGAGE LLC FKA QUICKEN LOANS LLC

**Court claim no.** (if known):  3

**Last 4 digits** of any number you use to identify the debtor's account:  4  3  8  3

**Property Address:**

22 SPRING ST
Number        Street

PITTSBURGH                                        PA        15223
City                                                      State    ZIP Code

| Part 2: | Statement of Completion |
|---|---|

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

| Part 3: | Arrearages |
|---|---|

| | Amount |
|---|---|
| a.  Allowed amount of prepetition arrearage: | $            -0- |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $            -0- |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $            -0- |
| d.  Total amount of arrearages disbursed by the trustee: | $            -0- |

| Part 4: | Postpetition Payment |
|---|---|

*Check one:*

☒ Postpetition payments are made by the debtor.

☒ Postpetition payments are paid through the trustee.

☒ Other: CLARIFICTION - PAID OUTSIDE BY NON-FILING SPOUSE

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice:     $ _____ -0-

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on _____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

| Part 5: | Postpetition Fees, Expenses, and Charges |
|---|---|

Amount of postpetition fees, expenses, and charges disbursed by the trustee:     $ _____ -0-

| Part 6: | A Response Is Required By Bankruptcy Rule 3002.1(g)(3) |
|---|---|

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗ /s/ Ronda J. Winnecour _____     Date   05/28/2026
Signature

Trustee     Ronda J. Winnecour _____
First Name          Middle Name          Last Name

Address     CHAPTER 13 TRUSTEE WD PA, 600 GRANT STREET _____
Number       Street

PITTSBURGH _____   PA    15219 ____
City                                    State    ZIP Code

Contact phone   (412) 471-5566 _____     Email   cmecf@chapter13trusteewdpa.com _____

| Debtor 1 | **STREIFF** | Case Number **22-22034GLT** | Page 1 |
|---|---|---|---|
| | Name | | |

# History Of Payments

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| | | | | Total for Claim Number : | 0.00 |
| | | | | **Total for :** | **0.00** |

**Certificate of Service**

I hereby certify that on the date shown below, I served a true and correct copy of Trustee's Notice of Disbursements Made upon the following, by regular United States mail, postage prepaid, addressed as follows:

DONNA L. STREIFF
22 SPRING STREET
PITTSBURGH, PA  15223

CHRISTOPHER M FRYE ESQ
STEIDL & STEINBERG PC
436 SEVENTH AVE STE 322
KOPPERS BUILDING
PITTSBURGH, PA  15219

KML LAW GROUP PC*
701 MARKET ST STE 5000
PHILADELPHIA, PA  19106

ROCKET MORTGAGE LLC FKA QUICKEN
LOANS LLC
635 WOODWARD AVE
DETROIT, MI  48226

Dated: 05/28/2026

/s/ Roberta Saunier
Administrative Assistant
Office of the Chapter 13 Trustee