Case 22-22034-GLT Doc 71 Filed 09/25/26 Entered 09/25/26 17:56:09 Desc Main

**Fill in this information to identify the case:**

| Debtor 1 | Donna L. Streiff | |
|---|---|---|
| Debtor 2 (Spouse, if filing) | | |
| United States Bankruptcy Court for the: <u>Western</u> District of | | <u>Pennsylvania</u> (State) |
| Case number | <u>22-22034-GLT</u> | |

Official Form 410C13-NR

# Response to Trustee's Notice of Disbursements Made
12/25

**The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served. Rule 3002.1(g)(3).**

| Part 1: | Mortgage Information |
|---|---|

**Name of claim holder:** <u>Rocket Mortgage, LLC</u>

Court claim no. (if known): <u>3</u>

**Last 4 digits** of any number you use to identify the debtor's account: <u>XXXXXX4383</u>

**Property address:** <u>22 Spring St</u>
Number       Street

<u>Etna, PA 15223</u>
City          State          ZIP Code

| Part 2: | Arrearages |
|---|---|

The total amount received to cure any arrearages as of the date of this response: <u>$0.00</u> .

*Check all that apply:*

☒ The amount required to cure any prepetition arrearage has been paid in full.

☐ The amount required to cure the prepetition arrearage has not been paid in full. Amount of prepetition arrearage remaining unpaid as of the date of this response: $_____

☒ The amount required to cure any postpetition arrearage has been paid in full.

☐ The amount required to cure the postpetition arrearage has not been paid in full. Amount of postpetition arrearage remaining unpaid as of the date of this response: $0.00

| Part 3: | Postpetition Payment |
|---|---|

(a) *Check all that apply:*

☒ The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

☐ The debtor is not current on all postpetition payments. The claim holder asserts that the debtor is obligated for the postpetition payment(s) that first became due on: _____

☐ The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b) The claim holder attaches a payoff statement and provides the following information as of the date of this response:

| | | |
|---|---|---|
| i. | Date last payment was received on the mortgage: | 06/10/2026 |
| ii. | Date next postpetition payment from the debtor is due: | 07/01/2026 |
| iii. | Amount of the next postpetition payment that is due: | $1,036.17 |
| iv. | Unpaid principal balance of the loan: | $5,128.48 |
| v. | Additional amounts due for any deferred or accrued interest: | $18.16 |
| vi. | Balance of the escrow account: | $2,042.65 |
| vii. | Balance of unapplied funds or funds held in a suspense account: | $908.93 |
| viii. | Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid: | $0.00 |

**Donna L. Streiff**
First Name   Middle Name   Last Name

| Part 4: | Itemized Payment History |
|---|---|

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtor is not current on all postpetition payments, or states that fees, charges, expenses, escrow, and costs, are due and owing, it must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- All prepetition and postpetition payments received;
- The application of all payments received;
- all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and
- all amounts the claim holder contends remain unpaid.

| Part 5: | Sign Here |
|---|---|

The person completing this response must sign it.  Check the appropriate box.

☐ I am the creditor

☒ I am the claim holder's authorized agent

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✘ */s/M. Kirby  Sailors*
Signature

Date ___06/25/2026___

Name ___M. Kirby  Sailors___
First Name   Middle Name   Last Name

Title ___Authorized Agent for the Creditor___

Company ___McCalla Raymer Leibert Pierce, LLP___
**Identify the corporate servicer as the company if the authorized agent is a servicer.**

Address ___1544 Old Alabama Road___
Number   Street

___Roswell, GA 30076___
City   State   Zip Code

Contact phone ___6786063412___

Email ___kirby.sailors@mccalla.com___

**Please note that the information may not be current as of the response filing date. The Creditor may have required additional time to compile and verify the necessary data to prepare this response. Accordingly, the figures and representations provided herein may reflect the status of the account as of an earlier date and may not account for more recent activity.**

In Re:    Donna L. Streiff

Bankruptcy Case No.:    22-22034-GLT
Chapter:                13
Chief Judge:            Gregory L. Taddonio

CERTIFICATE OF SERVICE

I, M. Kirby  Sailors, of McCalla Raymer Leibert Pierce, LLP, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within Response to Trustee's Notice of Disbursements Made in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Donna L. Streiff
22 Spring Street
Pittsburgh, PA 15223

Christopher M. Frye, Esq.                  *(served via ECF Notification)*
Steidl & Steinberg, P.C.
436 7th Ave.
Koppers Building
Suite 322
Pittsburgh, PA 15219

Ronda J. Winnecour, Trustee                *(served via ECF Notification)*
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee        *(served via ECF Notification)*
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:    06/25/2026    By:    */s/M. Kirby  Sailors*
                (date)               M. Kirby  Sailors
                                     Authorized Agent for the Creditor

SRV229R-04                                                                                    6/12/26
SPAR1034                    Payoff Quote Include/Omit Items                                   08:46:21
                  =================================================                          CPY-EDT

Loan Number                PO Dt  6/12/26      Int Paid To      6/01/26
Inv#   GGB   Loan Type  01  Sub Code    01    Next Due Dt     7/01/26     Int Rate        4.250
Prin Bal       5,128.48          Monthly Int              18.16    Int Calcs            18.16
Optional Items to I-Include or O-Omit:                              Plan Number           00001
O  Escrow Balance              2,042.65       O  Total Late Charges              .00
   Interest on Escrow               .00       I  Total NSF Charges               .00
I  Escrow Advance                   .00       O  Optional Ins Payment            .00
I  Misc Suspense Bal            908.93        O  Prepayment Penalty              .00
I  Forbearance Bal                  .00       O  Mortgage Ins Premium            .00
O  Subsidy                          .00       O  Other Fees Due                  .00
O  Hazard Suspense Bal              .00       O  Rebate Points Financed     0000000
   Int on Hazard Loss               .00       I  Deferred Principal              .00
O  Inv. Advance                     .00       _  Recording Fee         0000000000000
I  Corp Advance Bal                 .00       O  Quote fee             0000000000000
O  Corp Expense Bal           1,016.75-       O  Oth2   OTHER          0000000000000
O  Default Int Due                  .00       O  Oth1                  0000000000000
I  Deferred Int                     .00       I  MBS Liq Difference              .00
O  Prepaid Ins Rebate               .00
O  Partial Claims                   .00
Accept Quote - Y/N  N                                   PO Amt              4,237.71


  F3=Exit    F5=Refresh   F6=New Loan#   F10=Fees    F16=Suspense    F24=More keys