FILED
7/7/26 11:08 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:                                                    )
Donna Streiff                                             )          Case No. 22-22034 GLT
    Debtor                                            )          Chapter 13
                                                      )          Document No.   69
Steidl and Steinberg, P.C.                                )
    Applicant                                         )
                                                      )
    vs.                                               )
                                                      )
Office of the U.S. Trustee, Ronda J. Winnecour,           )
Trustee,                                                  )
    Respondents                                       )

## ORDER OF COURT

AND NOW, to-wit this __7TH__ day of ____July____, 2026, after consideration of

the Application for Final Compensation by Counsel for Debtor it is hereby ORDERED,

ADJUDGED and DECREED that:

1.  The Application for Final Compensation is approved in the additional amount of $1,140.00 for

    work performed in the Chapter 13 case by Debtor's counsel from September 9, 2022, to June 15,

    2026.

2.  The Debtor paid their counsel for administrative costs and expenses totaling $500.00 (which

    included the court filing fee of $310.00) prior to case filing.  Expenses reimbursement of $0.00 is

    being requested here.

3.  Before the approval of this Fee Application, the Debtor's counsel was paid a $600.00

    retainer prior to filing and has been paid, or is approved (in prior plan(s)) to be paid, $4,400.00 by

    the Chapter 13 Trustee. With the approval of this Fee Application, the total amount of allowed

    fees in this case for Debtor's counsel is $6,140.00, with the total to be paid through the Plan by

    the Trustee being up to $5,740.00 (representing the $4,400.00 previously approved to be paid (as

    set forth above), and a remaining amount up to $1,340.00 to be paid from any funds the Chapter

    13 Trustee may have on hand after the goals of the plan are achieved but before a Debtor Refund

    is issued,

4.  The fees requested will not decrease the amount to be paid to other creditors being paid through

    the Chapter 13 Plan;

5.  The clerk shall record the total compensation as $1,340.00.

Prepared by:  ___Christopher Frye, Esq.___

**DEFAULT ENTRY**

Dated: <u>July 07, 2026</u>          _____

Gregory L. Taddonio
Chief United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 22-22034-GLT

Donna L. Streiff | Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                 User: auto                 Page 1 of 2

Date Rcvd: Jul 07, 2026            Form ID: pdf900             Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol      Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
            regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2026:**

**Recip ID                 Recipient Name and Address**
db                 + Donna L. Streiff, 22 Spring Street, Pittsburgh, PA 15223-1927

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2026            Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2026 at the address(es) listed below:**

**Name                 Email Address**

Christopher M. Frye
            on behalf of Debtor Donna L. Streiff chris.frye@steidl-steinberg.com
            julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;bwilhelm@steidl-steinberg.com;calend
            ars@steidl-steinberg.com;Frye.ChrisB104904@notify.bestcase.com;ken.steidl@steidl-steinberg.com

Christopher M. Frye
            on behalf of Plaintiff Donna L. Streiff chris.frye@steidl-steinberg.com
            julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;bwilhelm@steidl-steinberg.com;calend
            ars@steidl-steinberg.com;Frye.ChrisB104904@notify.bestcase.com;ken.steidl@steidl-steinberg.com

Jeffrey R. Hunt
            on behalf of Creditor County of Allegheny jhunt@grblaw.com

Lauren Moyer
            on behalf of Creditor Select Portfolio Servicing  Inc. as servicer for U.S. Bank National Association, not in its individual capacity
            but solely as indenture trustee, for the holders of the CIM Trust 2021-R3, Mortgage-Back bkecf@friedmanvartolo.com,
            bankruptcy@friedmanvartolo.com

District/off: 0315-2                              User: auto                                          Page 2 of 2
Date Rcvd: Jul 07, 2026                           Form ID: pdf900                                 Total Noticed: 1

Matthew Fissel
                    on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com,
                    wbecf@brockandscott.com

Matthew Fissel
                    on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov

Robert Shearer
                    on behalf of Defendant U.S. Bank Trust Company  rshearer@raslg.com

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com


TOTAL: 9