Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Donna L. Streiff**<br>*Debtor(s)* | : | Case No. 22−22034−GLT<br>Chapter: 13 |
| **RONDA J. WINNECOUR, Trustee,**<br>*Movant(s),* | : | |
| v.<br>**No Respondents**<br>*Respondent(s).* | : | Related to Document No. 77<br><br>Hearing Date: 10/21/26 at 11:00 AM |

**ORDER SCHEDULING DATE**
**FOR RESPONSE AND HEARING ON MOTION**

*AND NOW,* this ***The 27th of August, 2026***, a ***Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements*** (the "Motion") having been filed at Doc. No. 77 by the Chapter 13 Trustee,

It is hereby ***ORDERED, ADJUDGED*** *and* ***DECREED*** that:

(1) ***On or before October 9, 2026***, any ***Response***, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2) This Motion is scheduled for hearing on ***October 21, 2026 at 11:00 AM*** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court ***may*** determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties are ***required*** to appear at the hearing.

(4) Once the Motion is approved, if either the Debtor's ***Certificate of Discharge Eligibility*** or ***Certificate of Financial Management*** is not timely filed, *the case is* ***SUBJECT TO CLOSURE WITHOUT A DISCHARGE*** *without further notice or hearing*.

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 22-22034-GLT

Donna L. Streiff Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 3

Date Rcvd: Aug 28, 2026 Form ID: 604 Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Donna L. Streiff, 22 Spring Street, Pittsburgh, PA 15223-1927 |
| r | + | Jane Doyle, BHHS The Preferred Realty, 4100 Route 8, Allison Park, PA 15101-3004 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Aug 29 2026 01:36:00 | County of Allegheny, Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 29 2026 01:44:09 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | ^ | MEBN | Aug 29 2026 01:35:51 | Select Portfolio Servicing, Inc. as servicer for U, c/o Friedman Vartolo LLP, 1325 Franklin Ave, Suite 160, Garden City, NY 11530-1631 |
| cr | + | Email/PDF: ebn_ais@aisinfo.com | Aug 29 2026 01:44:06 | Verizon by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15546144 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 29 2026 01:44:10 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15525532 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 29 2026 01:44:10 | Capital One NA, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15525533 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 29 2026 01:44:05 | Capital One NA, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15552579 | | Email/Text: bnc-quantum@quantum3group.com | Aug 29 2026 01:36:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 15525534 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 29 2026 01:36:00 | Comenity Bank/Onestop, Po Box 182789, Columbus, OH 43218-2789 |
| 15525535 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 29 2026 01:36:00 | Comenitybank/onestop, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15561468 | + | Email/Text: ebnjts@grblaw.com | Aug 29 2026 01:36:00 | County of Allegheny, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15525539 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 29 2026 01:44:11 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15525536 | + | Email/Text: Bankruptcy@dollarbank.com | Aug 29 2026 01:36:00 | Dollar Bank, 2700 Liberty Ave, Pittsburgh, PA 15222-4700 |
| 15525537 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 29 2026 01:44:10 | Kohls, PO Box 2983, Milwaukee, WI 53201-2983 |
| 15604323 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 29 2026 01:44:06 | LVNV Funding LLC, PO Box 10587, Greenville, |

| | | | | |
|---|---|---|---|---|
| | | | | SC 29603-0587 |
| 15550807 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 29 2026 01:44:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15525538 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 29 2026 01:44:11 | Macys, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 15526273 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 29 2026 01:36:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15525540 | ^ | MEBN | Aug 29 2026 01:36:15 | Patenaude & Felix, A.P.C., 2400 Ansys Drive, Suite 402-B, Canonsburg, PA 15317-0403 |
| 15525542 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Aug 29 2026 01:36:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15525541 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Aug 29 2026 01:36:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 15545119 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Aug 29 2026 01:36:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 15525543 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 29 2026 01:36:00 | Select Portfolio Servicing, Inc, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-0505 |
| 15525544 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 29 2026 01:36:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 15544802 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 29 2026 01:36:00 | Select Portfolio Servicing, Inc, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15556424 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 29 2026 01:44:02 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15525545 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 29 2026 01:44:10 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15525745 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 29 2026 01:44:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15525546 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 29 2026 01:44:09 | Synchrony Bank/JCPenney, Po Box 965007, Orlando, FL 32896-5007 |
| 15525548 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 29 2026 01:44:09 | Synchrony Bank/Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15525547 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 29 2026 01:44:06 | Synchrony Bank/Old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 15525549 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 29 2026 01:44:02 | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |
| 15525550 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 29 2026 01:44:10 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 15525551 | + | Email/Text: bncmail@w-legal.com | Aug 29 2026 01:36:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 15525552 | + | Email/Text: bncmail@w-legal.com | Aug 29 2026 01:36:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 15556987 | | Email/Text: BNCnotices@dcmservices.com | Aug 29 2026 01:36:00 | UPMC HEALTH SERVICES, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 15556986 | | Email/Text: BNCnotices@dcmservices.com | Aug 29 2026 01:36:00 | UPMC PHYSICIAN SERVICES, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 15553484 | | Email/PDF: ebn_ais@aisinfo.com | Aug 29 2026 01:44:11 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 38

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher M. Frye | on behalf of Plaintiff Donna L. Streiff chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;bwilhelm@steidl-steinberg.com;calendars@steidl-steinberg.com;Frye.ChrisB104904@notify.bestcase.com;ken.steidl@steidl-steinberg.com |
| Christopher M. Frye | on behalf of Debtor Donna L. Streiff chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;bwilhelm@steidl-steinberg.com;calendars@steidl-steinberg.com;Frye.ChrisB104904@notify.bestcase.com;ken.steidl@steidl-steinberg.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Lauren Moyer | on behalf of Creditor Select Portfolio Servicing Inc. as servicer for U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021-R3, Mortgage-Back bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Matthew Fissel | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Matthew Fissel | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert Shearer | on behalf of Defendant U.S. Bank Trust Company rshearer@raslg.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 9